**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| AMERICA ONLINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0535 |
| PRABHU MOHAPATRA, et. al., | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Strike Pleadings Filed Pro Se on Behalf of Corporate Defendants.

The Court finds that, pursuant to 28 U.S.C. § 1654, a corporation may not appear pro se. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993); Prichard v. Lubman, 20 Fed. Appx. 133, 133-34 (4th Cir. 2001)(unpub.).  It is hereby

ORDERED that Plaintiff's Motion to Strike Pleadings Filed Pro Se on Behalf of Corporate Defendants is GRANTED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 7, 2005