IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| AMERICA ONLINE, INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0535 |
| ) | |
| PRABHU MOHAPATRA, <u>et. al.</u>, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on Plaintiff's Motion to Strike the Counterclaim as Untimely or Dismiss the Counterclaim for Failure to State a Claim.

The Court finds that Defendant's Counterclaim is untimely because it was unduly delayed and would prejudice the Plaintiff. It is hereby

ORDERED that Plaintiff's Motion to Strike the Counterclaim as Untimely or Dismiss the Counterclaim for Failure to State a Claim is GRANTED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 9, 2005